# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |
|---|---|
| SOUTHERN PIONEER PROPERTY AND CAUSALTY INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>LEGEND AUTO SALES, LLC; FEMI FOLORUNSHO; and LIBERTY MUTUAL GENERAL INSURANCE COMPANY, )<br><br>Defendants. ) | No. 16-cv-02779-JPM-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having been brought to the Court on August 29, 2016 on Plaintiff's Complaint (ECF No. 1), the parties having stipulated to the dismissal of this action,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal without Prejudice (ECF No. 32), filed April 27, 2017, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendants are hereby DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**, this 2nd day of May, 2017.

                                                  /s/ Jon P. McCalla
                                                JON P. McCALLA
                                                UNITED STATES DISTRICT COURT JUDGE